DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEMETRIUS RESMOND GABRIEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0903

_____

August 14, 2026

Appeal from the Circuit Court for Manatee County; Frederick P.
Mercurio, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.